No. 91–8414. BROWN *v.* BROWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8415. BROWN *v.* EQUITABLE FINANCIAL COS. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8417. BROWN *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8418. STOGNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8420. LASHLEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–8422. TEAGUE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8423. HUNG VAN TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8424. ALVAREZ-MENDEZ *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8425. LANE *v.* RICHARDS, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8427. WHITAKER *v.* HILL. C. A. 4th Cir. Certiorari denied.

No. 91–8429. JACKSON *v.* SOUTH TEXAS COLLEGE OF LAW ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–8430. HARRIS *v.* OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 91–8431. GARNER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–8432. WILEY *v.* TANDY ET AL. Ct. App. Ind. Certiorari denied.

No. 91–8434. BAEZ *v.* HENRY COUNTY SUPERIOR COURT ET AL. Sup. Ct. Ga. Certiorari denied.